IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America

    Plaintiff,

v.                                                         Civil No. 13-01329-JDB

Twenty-Two Thousand Seven Hundred
Sixty Dollars ($22,760.00) in U.S. Currency,

Two (2) Assorted Conveyances,

    Defendants.

## **CONSENT ORDER**

Pursuant to the consent and agreement of the parties hereto, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The defendant, One 2008 Porsche Cayenne, VIN WP1AB29P38LA43931, with All Appurtenances and Attachments Thereon, is and shall be forfeited to the United States to be disposed of in accordance with law.

2. The defendant, Eighteen Thousand Four Hundred Dollars ($18,400.00) in United States Currency, has already been forfeited to the United States in the related criminal case of *United States v. Ehab Rezk*, *et al*, No. 13-10056-JDB (W.D. Tenn.) (R.E. #650). Therefore, the above-styled case, as it pertains to that defendant, shall be dismissed as moot.

3. The following defendant property shall be returned to claimant Ehab Rezk ("claimant"), or to such other person(s) as the claimant shall designate:

    a. Four thousand three hundred sixty dollars ($4,360.00) in United States Currency; and,

b.     One 2005 Toyota Camry LE, VIN 4T1BE32K75U581874, with All Appurtenances and Attachments Thereon.

3.     The claimant admits no liability in connection with the seizure of the defendant property, which is the subject of the above-styled case

4.     The United States of America, its agents and employees, are released and held harmless from any claims arising from the seizure of the defendant property and its partial return to the claimant under the terms of the parties' settlement agreement, including, but not limited to, claims for interest, attorney's fees or court costs, and claims based on damage to, or diminution in value of, the returned defendant property.

5.     This action shall be dismissed with prejudice, and each party shall bear its own attorney's fees and costs.

6.     The Clerk of Court shall enter a judgment incorporating the terms of this order.

IT IS SO ORDERED this 20th day of January 2016.

                                  s/ J. DANIEL BREEN
                                  CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND CONSENTED:

EDWARD L. STANTON III
United States Attorney


BY:   /s Christopher E. Cotten
      CHRISTOPHER E. COTTEN
      Assistant United States Attorney
      Attorney for Plaintiff


      /s Charles Barnett III
      CHARLES BARNETT III
      Attorney for Claimant
      Ehab Rezk